CLOSED

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:03-cr-10308-MLW All Defendants
# Internal Use Only

Case title: USA v. Walters

Date Filed: 09/30/2003
Date Terminated: 04/26/2005

---

Assigned to: Chief Judge Mark L. Wolf

Appeals court case number: '04-2544' 'First Circuit'

**Defendant**

**Glenn J. Walters** (1)
*TERMINATED: 04/26/2005*

represented by **Amy M. Baron-Evans**
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210
617-371-1000
Fax: 617-371-1037
*TERMINATED: 04/21/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Michael A. Collora**
Dwyer & Collora, LLP
Federal Reserve Building
600 Atlantic Avenue, 12th Floor
Boston, MA 02210
617-371-1002
Fax: 617-371-1037
Email: mcollora@dwyercollora.com
*TERMINATED: 04/06/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

I hereby certify on ___ that the foregoing document is true and correct copy of the
☑ electronic docket in the captioned case
☐ electronically filed original filed on
☐ original filed in my office on
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: Deputy Clerk
DISTRICT OF MASSACHUSETTS

*Designation: CJA Appointment*

**Miriam Conrad**
Federal Defender's Office
Williams Coast Guard Building
408 Atlantic Ave.
Third Floor
Boston, MA 02210
617-223-8061
Fax: 617-223-8080
Email: miriam_conrad@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:1344 BANK FRAUD (1) | 16 months custody, 60 months supervised release, 5,000.00 fine, 200,000.00 restitution and 100.00 special assessment fee. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

**Plaintiff**

**USA** represented by **Paul G. Levenson**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3147
Fax: 617-748-3960
Email: paul.levenson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/30/2003 | 1 | INFORMATION (Felony) as to Glenn J. Walters (1) count(s) 1. (Gawlik, Cathy) (Entered: 09/30/2003) |
| 10/03/2003 | 2 | Judge Mark L. Wolf : ORDER entered referring the case to a magistrate judge for a bail hearing. (O'Leary, Dennis) (Entered: 10/03/2003) |
| 10/03/2003 | | Case as to Glenn J. Walters Referred to Magistrate Judge Joyce London Alexander for Bail/Conditions of Release hearing. (Gawlik, Cathy) (Entered: 10/03/2003) |
| 12/03/2003 | | In that Notice of Referral as to Glenn J. Walters not received by this Court, a summons shall issue forthwith. (Brown, Rex) (Entered: 12/03/2003) |
| 12/30/2003 | 3 | Summons Issued as to Glenn J. Walters Initial Appearance set for 1/6/2004 11:00 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Brown, Rex) (Entered: 12/30/2003) |
| 01/06/2004 | | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :In that the defendant did not appear, Initial Appearance as to Glenn J. Walters not held on 1/6/2004. Upon motion of the government an arrest warrant shall issue. (Tape #Digital Recording.) (Brown, Rex) (Entered: 01/21/2004) |
| 01/06/2004 | | Clerk's Notes for proceedings held before Judge Joyce London Alexander :Initial Appearance as to Glenn J. Walters held on 1/6/2004 Please note...this event was re-entered to correct |

| | | |
|---|---|---|
| | | statistical error. (Catino, Theresa) (Entered: 05/28/2004) |
| 01/08/2004 | 4 | AFFIDAVIT by USA as to Glenn J. Walters (Brown, Rex) (Entered: 01/21/2004) |
| 01/08/2004 | | Arrest Warrant Issued as to Glenn J. Walters. (Brown, Rex) (Entered: 01/21/2004) |
| 04/05/2004 | | Arrest of Glenn J. Walters in Eastern District of Michigan (Boyce, Kathy) (Entered: 04/21/2004) |
| 04/12/2004 | 8 | Rule 5 Documents Received as to Glenn J. Walters, FILED. (Boyce, Kathy) (Entered: 04/21/2004) |
| 04/14/2004 | 7 | Arrest Warrant Returned Executed on 4/3/04 as to Glenn J. Walters, FILED. (Boyce, Kathy) (Entered: 04/14/2004) |
| 04/16/2004 | 9 | Arrest Warrant Returned Executed on 4/3/04 as to Glenn J. Walters, FILED. (Boyce, Kathy) (Entered: 04/21/2004) |
| 04/21/2004 | | electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Hearing as to Glenn J. Walters held on 4/21/2004; Alison Burroughs for Paul Levinson for the Govt.; Roger Cox CJA duty counsel for the deft.; Deft. arrested in the Eastern District of Michigan and had his initial and detention hearings there; Atty. Cox has spoken with deft.; Atty. Cox addresses court with concerns of deft. as to representation; Court questions deft. as to whether or not he can afford counsel; Deft. completes financial affidavit;Miriam Conrad appeared on behalf of the deft. and court orders appointment; Atty. Cox is excused; Court to inform MJ Alexander that case can be returned to the district court for Rule 11 hearing;Court allows Motion to Withdraw ( no docket number) filed by Amy Baron-Evans; Deft. remanded to the custody of the U.S. Marshals. (Tape #digital.) (Saccoccio, Dianalynn) (Entered: 04/21/2004) |
| 04/21/2004 | 13 | CJA 23 Financial Affidavit by Glenn J. Walters, FILED. (Boyce, Kathy) (Entered: 04/23/2004) |
| 04/21/2004 | 14 | Judge Marianne B. Bowler : ORDER entered ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Glenn J. Walters Miriam Conrad for Glenn J. Walters appointed. (Saccoccio, Dianalynn) (Entered: 04/26/2004) |
| 04/21/2004 | | Case as to Glenn J. Walters no longer referred to Joyce London Alexander. (Brown, Rex) (Entered: 04/26/2004) |

Case 1:07-cr-00070-ML-DLM Document 2-4 Filed 06/13/2007 Page 5 of 9

| | | |
|---|---|---|
| 05/03/2004 | 15 | NOTICE OF HEARING as to Glenn J. Walters Change of Plea Hearing set for 5/10/2004 02:45 PM in Courtroom 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 05/03/2004) |
| 05/10/2004 | 16 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Change of Plea Hearing as to Glenn J. Walters held on 5/10/2004 (Court Reporter Twomey.) (O'Leary, Dennis) (Entered: 05/10/2004) |
| 05/10/2004 | 17 | Judge Mark L. Wolf : ORDER entered PROCEDURAL ORDER re sentencing hearing as to Glenn J. Walters Sentencing set for 8/19/2004 03:00 PM in Courtroom 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 05/10/2004) |
| 05/10/2004 | 18 | WAIVER OF INDICTMENT by Glenn J. Walters (Boyce, Kathy) (Entered: 05/20/2004) |
| 08/05/2004 | 19 | SENTENCING MEMORANDUM by Glenn J. Walters (Attachments: # 1 Exhibit A# 2 Exhibit B, Part 1# 3 Exhibit B, Part 2# 4 Exhibit C)(Conrad, Miriam) (Entered: 08/05/2004) |
| 08/12/2004 | 20 | Response to Defendant's SENTENCING MEMORANDUM by USA as to Glenn J. Walters (O'Leary, Dennis) (Entered: 08/13/2004) |
| 08/30/2004 | 21 | MOTION for Leave to File Substitute Response to Deft's Sentencing Memorandum as to Glenn J. Walters by USA, FILED, c/s. (Boyce, Kathy) (Entered: 09/01/2004) |
| 08/30/2004 | 22 | United States' Response to 19 Sentencing Memorandum filed by Glenn J. Walters, FILED, c/s. (Boyce, Kathy) (Entered: 09/01/2004) |
| 09/02/2004 | 23 | Judge Mark L. Wolf : ORDER entered as to Glenn J. Walters Accordingly, it is hereby ORDERED that:1. A joint hearing on the motions relating to Blakely shallbe held on September 13, 2004, at 10:00 a.m.2. The parties shall be prepared to address the implicationsfor the motions of: United States v. Jackson, 390 U.S. 570 (1968);Blount v. Rizzi, 400 U.S. 410 (1971); United States v. Sampson, 245F. Supp. 2d 327 (D. Mass. 2003); United States v. Sampson, 275 F.Supp. 2d 49, 66-71, 73-76, 82-83 (D. Mass. 2003).3. If the parties wish to supplement their priorsubmissions, they shall do so by September 9, 2004. (O'Leary, Dennis) (Entered: 09/02/2004) |

| | | |
|---|---|---|
| 09/09/2004 | 26 | SUPPLEMENTAL SENTENCING MEMORANDUM REGARDING Sentencing Issues by USA as to Glenn J. Walters, FILED, c/s. (Boyce, Kathy) (Entered: 09/10/2004) |
| 09/10/2004 | 24 | SENTENCING MEMORANDUM by Glenn J. Walters (Attachments: # 1)(Conrad, Miriam) (Entered: 09/10/2004) |
| 09/10/2004 | 25 | SENTENCING MEMORANDUM by Glenn J. Walters (Conrad, Miriam) (Entered: 09/10/2004) |
| 09/13/2004 | 27 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Blakely Hearing as to Glenn J. Walters held on 9/13/2004 (Court Reporter Twomey.) (O'Leary, Dennis) (Entered: 09/15/2004) |
| 09/13/2004 | | Set/Reset Hearings as to Glenn J. Walters : Sentencing set for 10/5/2004 02:00 PM in Courtroom 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 09/15/2004) |
| 09/17/2004 | 28 | Judge Mark L. Wolf : MEMORANDUM AND ORDER Essentially for the reasons stated by Judge FrankEasterbrook in his dissent in United States v. Booker, 375 F.3d508, 515-21 (7th Cir. 2004), and amplified by Judge J. HarvieWilkinson, III in his concurrence in United States v. Hammoud,2004 WL 2005622 (4th Cir. Sept. 8, 2004) at *32-34, this courtfinds that the United States Sentencing Guidelines aredistinguishable from the statutes at issue in Blakely v.Washington, 124 S. Ct. 2531 (2004), and are constitutional. Theywill, therefore, be applied at the sentencings of defendants AlanHomsy, Glenn Walters, and Jody Dixon.It is hereby ORDERED that:1. Walters' sentencing shall be held on October 14, 2004,at 11:00 a.m., rather than on October 5, 2004.2. Homsy's sentencing shall be held on October 26, 2004,at 3:00 p.m.3. Dixon's sentencing shall be held on October 27, 2004,at 3:00 p.m. (O'Leary, Dennis) (Entered: 09/17/2004) |
| 10/13/2004 | 29 | MOTION for Release from Custody *Pending Appeal* as to Glenn J. Walters. (Attachments: # 1 Exhibit Attachment) (Conrad, Miriam) (Entered: 10/13/2004) |
| 10/14/2004 | 30 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Sentencing held on 10/14/2004 for Glenn J. Walters (1), Count(s) 1, 18 months custody, 60 months supervised release, $5,000.00 fine, $200,000.00 restitution and $100.00 special assessment fee.. (Court Reporter Twomey.) (O'Leary, Dennis) (Entered: 10/14/2004) |

Case 1:07-cr-00070-ML-DLM Document 2-4 Filed 06/13/2007 Page 7 of 9

| | | |
|---|---|---|
| 10/15/2004 | 31 | Judge Mark L. Wolf : ORDER entered JUDGMENT as to Glenn J. Walters (1), Count(s) 1, 18 months custody, 60 months supervised release, $5,000.00 fine, $200,000.00 restitution and $100.00 special assessment fee. (O'Leary, Dennis) (Entered: 10/20/2004) |
| 10/15/2004 | 32 | Judge Mark L. Wolf : ORDER entered STATEMENT OF REASONS as to Glenn J. Walters (O'Leary, Dennis) (Entered: 10/20/2004) |
| 10/25/2004 | 33 | NOTICE OF APPEAL by Glenn J. Walters Filing fee $ 255. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 11/15/2004. (Conrad, Miriam) (Entered: 10/25/2004) |
| 10/28/2004 | 34 | Letter to Judge Wolf from Glenn J. Wlaters requesting Judge Wolf's reconsideration of the location of deft's confinement, FILED. (Boyce, Kathy) (Entered: 11/09/2004) |
| 11/10/2004 | 35 | Letter to Judge Wolf from Glenn Walters regarding re his sentence as to Glenn J. Walters, FILED. (Boyce, Kathy) (Entered: 11/15/2004) |
| 11/12/2004 | 36 | Certified and Transmitted Record on Appeal as to Glenn J. Walters to US Court of Appeals re 33 Notice of Appeal - Final Judgment, (Ramos, Jeanette) (Entered: 11/16/2004) |
| 11/16/2004 | 37 | USCA Case Number as to Glenn J. Walters 04-2544 assigned by First Circuit for 33 Notice of Appeal - Final Judgment, filed by Glenn J. Walters. (Ramos, Jeanette) (Entered: 11/17/2004) |
| 11/24/2004 | 38 | Judge Mark L. Wolf : ORDER entered as to Glenn J. Walters (Attachments: # 1) (O'Leary, Dennis) (Entered: 11/24/2004) |
| 12/29/2004 | 39 | Letter to Judge Wolf from Glenn Walters, FILED. (Boyce, Kathy) (Entered: 01/10/2005) |
| 01/26/2005 | 40 | TRANSCRIPT of Sentencing Hearing as to Glenn J. Walters held on October 14, 2004 before Judge Wolf. Court Reporter: Judith A. Twomey. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/946-2577 or the Clerk's Office. (Scalfani, Deborah) (Entered: 01/26/2005) |

Case 1:07-cr-00070-MLDLM Document 2-4 Filed 06/13/2007 Page 8 of 9

| | | |
|---|---|---|
| 01/26/2005 | 41 | TRANSCRIPT of Motion Hearing as to Glenn J. Walters held on September 13, 2004 before Judge Wolf. Court Reporter: Judith A. Twomey. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/946-2577 or the Clerk's Office. (Scalfani, Deborah) (Entered: 01/26/2005) |
| 01/27/2005 | 42 | Transmitted Supplemental Record on Appeal as to Glenn J. Walters re 33 Notice of Appeal - Final Judgment, documents numbered 40, 41 (Ramos, Jeanette) (Entered: 01/28/2005) |
| 04/06/2005 | 43 | NOTICE OF HEARING as to Glenn J. WaltersRe-sentencing set for 4/22/2005 01:30 PM in Courtroom 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 04/06/2005) |
| 04/06/2005 | | Attorney update in case as to Glenn J. Walters. Attorney Michael A. Collora terminated. (O'Leary, Dennis) (Entered: 04/06/2005) |
| 04/07/2005 | 44 | Assented to MOTION for Extension of Time to File *Sentencing Memorandum* as to Glenn J. Walters. (Conrad, Miriam) (Entered: 04/07/2005) |
| 04/11/2005 | 45 | SENTENCING MEMORANDUM by Glenn J. Walters (Conrad, Miriam) (Entered: 04/11/2005) |
| 04/11/2005 | 46 | MANDATE of USCA (certified copy) as to Glenn J. Walters re 33 Notice of Appeal - Final Judgment. In view of defendant's motion to remand for resentencing in light of UNITED STATES v. BOOKER, 125 S, Ct. 738 (2005), and the government's assent, the sentence is vacated and the case is remanded for further proceedings consistent with BOOKER. VACATED AND REMANDED. (Ramos, Jeanette) (Entered: 04/11/2005) |
| 04/11/2005 | | Appeal Record Returned as to Glenn J. Walters: 33 Notice of Appeal - Final Judgment, (Ramos, Jeanette) (Entered: 04/11/2005) |
| 04/12/2005 | 47 | RESPONSE TO SENTENCING MEMORANDUM by USA as to Glenn J. Walters (Levenson, Paul) (Entered: 04/12/2005) |
| 04/12/2005 | | Judge Mark L. Wolf : Electronic ORDER entered granting 44 Motion for Extension of Time to File Sentencing Memorandum as to Glenn J. Walters (1) (O'Leary, Dennis) (Entered: 04/12/2005) |
| | | |

Case 1:07-cr-00070-ML-DLM Document 2-4 Filed 06/13/2007 Page 9 of 9

| | | |
|---|---|---|
| 04/14/2005 | 48 | Writ of Habeas Corpus ad Prosequendum Issued as to Glenn J. Walters for 4/22/2005 (O'Leary, Dennis) (Entered: 04/14/2005) |
| 04/22/2005 | 49 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Sentencing held on 4/22/2005 for Glenn J. Walters (1), Count(s) 1, 16 months custody, 60 months supervised release, 5,000.00 fine, 200,000.00 restitution and 100.00 special assessment fee.. (Court Reporter Handel.) (O'Leary, Dennis) (Entered: 04/25/2005) |
| 04/26/2005 | 50 | Judge Mark L. Wolf : ORDER entered. JUDGMENT as to Glenn J. Walters (1), Count(s) 1, 16 months custody, 60 months supervised release, 5,000.00 fine, 200,000.00 restitution and 100.00 special assessment fee. (O'Leary, Dennis) (Entered: 04/27/2005) |
| 04/26/2005 | 51 | Judge Mark L. Wolf : ORDER entered. STATEMENT OF REASONS as to Glenn J. Walters (O'Leary, Dennis) (Entered: 04/27/2005) |
| 11/14/2005 | 52 | MOTION to Amend *Conditions of Supervised Release* as to Glenn J. Walters. (Attachments: # 1)(Conrad, Miriam) (Entered: 11/14/2005) |
| 11/15/2005 | 53 | RESPONSE to Motion by USA as to Glenn J. Walters re 52 MOTION to Amend *Conditions of Supervised Release* (Levenson, Paul) (Entered: 11/15/2005) |
| 05/21/2007 | 54 | Probation Jurisdiction Transferred to District of Rhode Island as to Glenn J. Walters Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Boyce, Kathy) (Entered: 06/08/2007) |